# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 4/3/2024
Case: 1:22−bk−02329−HWV     Form ID: ordsmiss     Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET−BACKED CERTIFICATES, SERIES 2004−9
    TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Jack N Zaharopoulos     info@pamd13trustee.com
aty     Paul Donald Murphy−Ahles     pmurphy@dplglaw.com
    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Roger William Davis     84 Rose of Sharon Drive     Etters, PA 17319
jdb     Elaine Marie Davis     84 Rose of Sharon Drive     Etters, PA 17319
cr     Valley Green Village West Recreation Association     c/o PMI     PO Box 8899     Camp Hill, PA 17011
5510605     Ashley Funding Services, LLC     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
5509194     Capital One Auto Finance     PO Box 201347     Arlington, TX 76006
5509195     Capital One Bank USA, NA     PO Box 30285     Salt Lake City, UT 84130−0285
5511066     Capital One N.A.     by American InfoSource as agent     PO Box 71083     Charlotte, NC 28272−1083
5540942     Christopher L. Potter     SSA OGC Office of Program Lit     Bankruptcy     6401 Security Blvd.     Baltimore, MD 21235
5509889     Directv, LLC     by American InfoSource as agent     PO Box 5072     Carol Stream, IL 60197−5072
5509196     ECMC     Attn: Bankruptcy     111 Washington Ave South, Ste 1400     Minneapolis, MN 55401
5516456     ECMC     PO Box 16408     St. Paul, MN 55116−0408
5509197     Internal Revenue Service     Centralized Insolvency Operation     PO Box 7346     Philadelphia, PA 19101
5509198     KML Law Group, PC     BNY Mellon Independence Center     701 Market Street, Suite 5000     Philadelphia, PA 19106
5509199     Navient Solutions, Inc.     Attn: Claims Department     PO Box 9500     Wilkes Barre, PA 18773
5509200     Resurgent Capital Services     PO Box 10587     Greenville, SC 29603−0587
5509201     Shellpoint Mortgage Servicing     PO Box 10826     Greenville, SC 29603
5509202     Social Security Administration     Office of the Regional Commissioner     26 Federal Plaza, Room 40−120     New York, NY 10278
5540943     Social Security Administration     SSA OGC Office of Program Lit     Bankruptcy     6401 Security Blvd     Baltimore, MD 21235
5521058     The Bank of New York Mellon FKA The Bank of New Yo     P.O. Box 10826     Greenville, SC 29603−08226
5509203     US Department of Education     Attn: Claims Filing Unit     PO Box 8973     Madison, WI 53708−8973
5519499     US Department of Education     PO Box 16448     Saint Paul MN 55116−0448
5509204     Valley Green Village West     c/o Property Management, Inc.     1300 Market Street     Lemoyne, PA 17043
5539055     Valley Green Village West Recreation Association     c/o PMI P.O. Box 8899     Camp Hill, PA 17001
    TOTAL: 23